FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 2 8 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA

    *v.*

FELECIA INGRAM

Criminal Information

No. 1:25-CR-0071

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
### (Access Device Fraud)

From on or about March 29, 2020, through in or about July 2021, in the Northern District of Georgia and elsewhere, the defendant, FELECIA INGRAM, knowingly and with intent to defraud possessed at least fifteen unauthorized access devices, namely, Home Depot gift cards that could be used alone and in conjunction with another access device to obtain money, goods, services, and other things of value, and could be used to initiate a transfer of funds, and that were stolen and obtained with intent to defraud, affecting interstate commerce thereby, in violation of Title 18, United States Code, Sections 1029(a)(3) and (c)(1)(A)(i).

### Forfeiture Provision

Upon conviction of the offense alleged in Count One of this Information, the defendant, FELICIA INGRAM, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting or derived from proceeds obtained directly or indirectly as a result of the violation and

pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used to commit the violation.

If any property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 18, United States Code, Section 1029(c)(2), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

RICHARD S. MOULTRIE, JR.
*Acting United States Attorney*

STEPHEN H. MCCLAIN
 *Assistant United States Attorney*
Georgia Bar No. 143186

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2